**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. _____

**RIVERA IZQUIERDO, JOSE R**                          Chapter **13**
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **2/17/2011**                                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                         Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **850.00** x **60** = $ **51,000.00**
$\_\_\_\_\_ x \_\_\_\_\_ = $\_\_\_\_\_
$\_\_\_\_\_ x \_\_\_\_\_ = $\_\_\_\_\_
$\_\_\_\_\_ x \_\_\_\_\_ = $\_\_\_\_\_
$\_\_\_\_\_ x \_\_\_\_\_ = $\_\_\_\_\_

                    TOTAL: $ **51,000.00**

Additional Payments:
$ **75,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:
☑ Sale of Property identified as follows:
**OR REFINANCE OF RESIDENTIAL PROPERTY**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$\_\_\_\_\_ x \_\_\_\_\_ = $\_\_\_\_\_

        PROPOSED BASE: $ **126,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: **/s/ JOSE R RIVERA IZQUIERDO**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR \_\_\_ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. \_\_\_\_\_ Cr. \_\_\_\_\_ Cr. \_\_\_\_\_
  # \_\_\_\_\_ # \_\_\_\_\_ # \_\_\_\_\_
  $ \_\_\_\_\_ $ \_\_\_\_\_ $ \_\_\_\_\_
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **HARO INVESTMENT** Cr. \_\_\_\_\_ Cr. \_\_\_\_\_
  # \_\_\_\_\_ # \_\_\_\_\_ # \_\_\_\_\_
  $ **92,000.00** $ \_\_\_\_\_ $ \_\_\_\_\_
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. \_\_\_\_\_ Cr. \_\_\_\_\_ Cr. \_\_\_\_\_
  # \_\_\_\_\_ # \_\_\_\_\_ # \_\_\_\_\_
  $ \_\_\_\_\_ $ \_\_\_\_\_ $ \_\_\_\_\_
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: \_\_\_\_\_
               ☐ Paid 100% / ☐ Other: \_\_\_\_\_
Cr. \_\_\_\_\_ Cr. \_\_\_\_\_ Cr. \_\_\_\_\_
  # \_\_\_\_\_ # \_\_\_\_\_ # \_\_\_\_\_
  $ \_\_\_\_\_ $ \_\_\_\_\_ $ \_\_\_\_\_
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.**

**DEBTOR CONSENTS TO THE LIFT OF STAY IN FAVOR OF DORAL BANK SECURED CLAIM, ORIENTAL BANK SECURED CLAIM AND BANCO DE DESAROLLO SECURED CLAIM.**

Attorney for Debtor **Jose Prieto** _____ Phone: **(787) 607-2066**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only