IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | 11-01202 - BKT |
|---|---|
| **JOSE R. RIVERA IZQUIERDO** | CHAPTER 13 |
| DEBTOR | |

**NOTICE OF APPEARANCE AND FOR SUBSTITUTION OF CREDITOR**

**TO THE HONORABLE COURT**:

Comes now, Bayview Loan Servicing, LLC, as servicer for Oriental Bank & Trust, represented by the undersigned attorney who respectfully prays and states as follows:

1. On April 30, 2010, the Office of the Commissioner of Financial Institutions (hereinafter referred to as the "*FDIC*") closed the operations of Eurobank and designated the FDIC, as its receiver.

2. On that same date, Oriental Bank and Trust (hereinafter referred to as "*Oriental*") entered into an agreement with the FDIC, under which it acquired most of Eurobank´s assets, which included Eurobank´s claims/credits in this case.

3. On July 10, 2010 Oriental executed a Limited Power of Attorney appointing Bayview Loan Servicing, LLC (hereinafter referred to as "*Bayview*") as its true and lawful attorney-in-fact to act in the name, place and stead of Oriental for the purposes set forth in the Deed of Limited Power of Attorney. *See Deed of Limited Power of Attorney attached, Exhibit A.*

4. By virtue of the above stated transfer, Bayview is now the real party in interest in this case and should be substituted in the place of Eurobank and/or Oriental.

1

5. Additionally, the undersigned legal counsels have been retained by Bayview, to handle all matters pertaining to the above captioned case, including, but not limited to, authorizing any and all document that shall be filed before this Honorable Court.

6. Accordingly, Bayview respectfully requests that all notices and/or documents filed in regards to the above captioned case be properly served upon the appearing counsels through the CM/ECF system.

**WHEREFORE**, the appearing party respectfully requests that this Honorable Court grant this Motion and enter an order (1) substituting Eurobank into the place of Bayview as the creditor in this action; and (2) authorizing the appearing legal representation as counsels for Bayview.

## CERTIFICATE OF SERVICE

We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of March, 2011.

**DELGADO & FERNÁNDEZ, LLP**
P O Box 11750
Fernández Juncos Station
San Juan, Puerto Rico  00910-1750
☎ (787) 274-1414
🖷 (787) 764-8241

**S/ELIAS CORREA MENENDEZ**
USDC-PR #224613
ecorrea@delgadofernandez.com