IN RE:   JOSE R RIVERA IZQUIERDO

Bkrtcy. No.   11-01202-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | | | |
|---|---|---|---|---|
| Petition Filing Date: | Feb 17, 2011 | Meeting Date | Apr 14, 2011 | DC Track No. _____ |
| Days from petition date | 56 | Meeting Time | 10:00 AM | |
| 910 Days before Petition | 8/21/2008 | ☐ Chapter 13 Plan Date | Feb 17, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) _____ Bankruptcy petition. | | Plan Base: | $126,000.00 | |
| This is the _____ Scheduled Meeting | | Confirmation Hearing Date: | Apr 29, 2011 | Time: 2:30 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $850.00 |
|---|---|---|---|---|
| | | | | |

**I.   Appearances:**   ☐ Telephone ☐ Video Conference

☒ Debtor Present    ☐ ID & Soc. OK    ☐ Debtor Absent

☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent

Debtor(s) was/were    ☐ Examined    ☒ Not Examined under oath.

Attorney for Debtor(s)    ☒ Present    ☐ Not Present

☐ Substitute attorney:    J. Prieto    ☐ Pro-se.

Creditor(s) present: ☐    ☐ None.

Oriental - Jimenez

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record:    **JOSE PRIETO CARBALLO***

| Total Agreed: | $3,000.00 | Paid Pre-Petition: | $0.00 | Outstanding: THROUGH THE PLAN | $3,000.00 |
|---|---|---|---|---|---|

**III.   Trustee's will file Motion to Dismiss:**    ☐ For Failure to appear;    ☐ For Failure to commence payments.

**IV.   Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)    ☐ Under    ☐ Above Median Income.    **Liquidation Value:** TBD

Commitment Period is    ☐ 36    ☐ 60 months.    [§1325(b)(1)(B)]    Gen. Unsecured Pool: _____

**The Trustee    ☒ RECOMMENDS    ☐ OBJECTS    Plan confirmation.**

§341 Meeting    ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for:    Aug 2, 2011 @ 8:00 am

**V.   Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Tax returns requirements. [§1308] _____

☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

(1) Debtor failed to bring social security. ID.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of _____

Date: Apr 14, 2011