IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE R RIVERA IZQUIERDO<br><br>Debtor(s)<br>HARO INVESTMENT CORP.<br><br>Movant<br>JOSE R RIVERA IZQUIERDO<br>JOSE RAMON CARRION MORALES ,TRUSTEE<br><br>Respondent(s) | CASE NO. 11-01202 BKT<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON 04/15/2011 |

## ORDER

Movant's motion for relief from stay (docket #14) is hereby denied without prejudice for failure to comply with PR-Local Bankruptcy Rule 4001-1.

SO ORDERED.

San Juan, Puerto Rico, this 15 day of April, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    JOSE M PRIETO CARBALLO
    JOSE RAMON CARRION MORALES
    HARO INVESTMENT CORP.