```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 11-01202-BKT
JOSE R RIVERA IZQUIERDO
                                          CHAPTER 13

DEBTOR (S)

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Wed Mar 23, 2011 at 9:00 am has been continued to Tue Aug 23, 2011 at 8:00 am at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Thursday, May 5, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

11-01202-BKT                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JOSE PRIETO CARBALLO*<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE R RIVERA IZQUIERDO<br>PO BOX 640<br>TOA ALTA, PR 00954 |
| BANCO DESARROLLO ECONOMICO PR<br>PO BOX 195009<br>SAN JUAN, PR 00919-5009 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD<br>5TH FLOOR<br>CORAL GABLES, FL 33146 | BAYVIEW LOAN SERVICING LLC<br>C/O DELGADO & FERNANDEZ LLP<br>PO BOX 11750<br>FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR 00910-1750 |
| COOP A/C VEGA ALTA<br>PO BOX 1078<br>VEGA ALTA, PR 00692-1078 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936 | HARO INVESTMENT CORP<br>ARMANDO CARDONA ESTELRITZ<br>61 AVE DE DIEGO, SUITE 2 A<br>SANTURCE, PR 00911 |
| HARO INVESTMENT CORP<br>C/O ARMANDO A CARDONA<br>CONSULTORES LEGALES ASOCIADOS<br>61 DE DIEGO AVE SUITE 2A<br>SAN JUAN, PR 00911 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JENNIFER ODELL GONZALEZ<br>33 CALLE BOLIVIA STE 701<br>SAN JUAN, PR 00917 |
| JUAN D GARCIA CHAMORRO<br>33 CALLE BOLIVIA STE 701<br>SAN JUAN, PR 00917 | LCDO. JAIME MAYOL BIANCHI<br>LUIS O RODRIGUEZ LOPEZ<br>CENT INT DE MERCADEO, TORREI SUITE 606<br>GUAYNABO, PR 00968 |
| ORIENTAL BANK AND TRUST<br>PO BOX 11750<br>FERNANDEZ JUNCO STATION<br>SAN JUAN, PR 00910 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR 00918 |

| | |
|---|---|
| RG PREMIER BANK OF PR<br>PO BOX 2510<br>GUAYNABO, PR  00970 | RG PREMIER BANK OF PR<br>C/O MONTANEZ & ALICEA<br>500 MUNOZ RIVERA STE 211-214<br>SAN JUAN, PR  00918 |
| SEARS/CBSD<br>701 EAST 60TH ST N<br>SIOUX FALLS, SD  57117 | SUC FELIX VEGA MEDINA<br>GIL DE LA MADRID PEREZ JULIO<br>URB REPARTO ALHAMBRA<br>BAYAMON, PR  00957 |
| WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ, PR  00681 | |

DATED:   May 05, 2011

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE